IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00190-MEH

ALEX DEAN,

    Plaintiff,

v.

MARKER VOLKL USA, INC.,
MARKER DEUTSCHLAND GmbH,
JARDEN CORPORATION,
LEONARD GREEN & PARTNERS, d/b/a Sports Authority, Inc.,
TSA STORES, INC. d/b/a Sports Authority, and
JOHN DOE,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 3, 2015.**

    Plaintiff's Unopposed Motion for [Leave to File] Second Amended Complaint and Jury Demand [filed April 2, 2015; docket #17] is **granted**. On or before April 6, 2015, Plaintiff shall file the Second Amended Complaint omitting the emphases (underlining) inserted pursuant to this Court's local rule. Defendants shall file answers or other responses to the Second Amended Complaint pursuant to Fed. R. Civ. P. 12 and 15.