IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00190-MEH

ALEX DEAN,

    Plaintiff,

v.

MARKER VOLKL USA, INC.,
MARKER DEUTSCHLAND GmbH,
JARDEN CORPORATION,
LEONARD GREEN & PARTNERS, d/b/a Sports Authority, Inc.,
TSA STORES, INC. d/b/a Sports Authority, and
JOHN DOE,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 15, 2015.**

    Before the Court are Plaintiff's Status Update regarding Certificate of Compliance Relating to Plaintiff's Unapposed [sic] Motion for Second Amended Complaint [docket #22] and Defendants' Motion to Reconsider Minute Order Document 19 [filed April 8, 2015; docket #23]. In light of the representations made in these documents that the Plaintiff's motion was not actually "unopposed," the motion to reconsider is **granted**. Accordingly, this Court's April 3, 2015 order granting Plaintiff's motion [docket #19] is **vacated** and Plaintiff's Unapposed [sic] Motion for [Leave to File] Second Amended Complaint and Jury Demand [filed April 2, 2015; docket #17] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 7.1(a). In addition, the Second Amended Complaint filed in accordance with the Court's April 3, 2015 order [docket #21] is **stricken**. The Plaintiff may re-file his motion to amend in accordance with this order and all applicable federal and local rules.